IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RYAN PATRIC THOMAS,

    Plaintiff,

v.

ROBERT TOOLE; JOHN PAUL;
LINTON DELOACH; JOSEPH
HUTCHESON; LEROY KUBACHI;
ALMA BROWN; CONSWAYLA
TARVER; CO II McCLOUD; and
DEPARTMENT OF CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: CV613-093

## ORDER

By Order dated October 1, 2013, this Court allowed the Plaintiff to proceed *in forma pauperis* with an action filed pursuant to the provisions of 42 U.S.C. § 1983. After the requisite frivolity review, it appeared Plaintiff's claims were unrelated. By Order dated December 10, 2013, Plaintiff was directed to advise the Court, within thirty days, as to which claim or related claims he desires to pursue in this case. Plaintiff was advised that his failure to properly respond to that Order would result in the dismissal of this case. Instead of properly responding to the Court's directive, Plaintiff filed an untimely objection to that Order which the undersigned overruled. Plaintiff has failed to properly respond to the Court's December 10, 2013, Order. Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 16 day of Jan., 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)